

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:    01-16-00236-CV

Style:    In re Tamsin Jacky and Kevin Squyres, Relators

Date motion filed\*:    April 14, 2016

Type of motion:    Unopposed First Motion to Extend Time to File Response to Petition for Writ of Mandamus

Party filing motions:    Real Party in Interest Deidre Squyres Baker

Document to be filed:    Response

Is appeal accelerated?    Yes (original proceeding).

If motion to extend time:

    Original due date:    April 22, 2016

    Number of extensions granted:    0    Current Due Date:  April 22, 2016

    Date Requested:    May 12, 2016

Ordered that motion is:

    ☑    Granted

        If document is to be filed, document due:  May 12, 2016.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

Judge's signature: /s/ Evelyn V. Keyes

        ☒ Acting individually    ☐ Acting for the Court

Date:  April 19, 2016